FILED '09 FEB 26 15:03 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

WAYNE P. McGEE,

          **Plaintiff,**

    v.                              Civil No. 08-1251-TC

SERGEANT HOPPE, et al.,

          **Defendants.**

## ORDER AND FINDINGS AND RECOMMENDATION

The Postal Service returned an envelope addressed to the plaintiff at his last known address. Plaintiff has failed to keep the court informed of his current address.

Plaintiff shall have 30 days from the date of this order to file a notice of change of address.

If the plaintiff fails to file a timely notice of change of address, this action should be dismissed for want of prosecution.

Dated: February 26, 2009.

_____
United States Magistrate Judge

**ORDER AND FINDINGS AND RECOMMENDATION**