FILED '09 APR 06 12:20 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE P. McGEE,                  )
                                 )
            Plaintiff,           )
                                 )   Civil No. 08-1251-TC
       v.                        )
                                 )   ORDER
SERGEANT HOPPE, et al.,          )
                                 )
            Defendants.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 26, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1     - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for want of prosecution.

DATED this ____4th____ day of April, 2009.

_____
Michael E. Hogan
United States District Judge

2    - ORDER